# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTICT OF FLORIDA

IN RE:      Rodney Milo Kehl

           DEBTOR(S)

CASE NUMBER: 16-30207-KKS
CHAPTER:    13

## CERTIFICATE OF SERVICE

I, ROBERT R. MCDANIEL, II, hereby certify that a true and correct copy of the **NOTICE OF INTENT TO CONFIRM DEBTOR(S) FIRST AMENDED PLAN** (Doc. No. 24) & **FIRST AMENDED CHAPTER 13 PLAN** (Doc. No. 23) was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing documents were serviced by the Court via NEF on October 11, 2016 to the following person(s) at the email address(es) noted herein:

    Leigh D. Hart, Chapter 13 Trustee, ldhecf@earthlink.net

    ☐ No persons/entities served by Notice of Electronic Filing

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on October 12, 2016 the persons and/or entities at the addresses noted herein as obtained from a current mailing matrix obtained from the court's CM/ECF system:

    American InfoSource LP as agent for
    First Data Global Leasing
    P.O. Box 248838
    Oklahoma City, OK 73124-8838

    Discover Bank
    Discover Products Inc.
    P.O. Box 3025
    New Albany, OH 43054-3025

    Central Credit Union O
    6200 N W St
    Pensacola, FL 32505

    Wells Fargo Bank, N.A., d/b/a
    Dealer S
    P.O. Box 19657
    Irvine, CA 92623-9657

    Department of the Treasury

        P.O. box 1686
        Birmingham, AL 35201-1686

        Midland Funding LLC
        P.O. Box 2011
        Warren, MI 48090

        Capital One Bank (USA), N.A.
        P.O. Box 71083
        Charlotte, NC 28272-1083

        Wells Fargo Bank, N.A.
        P.O. Box 10438
        Des Moines, IA 50306-0438

        Bank of America, N.A.
        P.O. Box 31785
        Tampa, FL 33631-3785

        Portfolio Recovery Associates, LLC
        P.O. Box 12914
        Norfolk, VA 23541

☐ No persons/entities served by U.S. Mail

3. **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email** (state method for each person or entity served): Service was executed on_____to the following persons and/or entities via the means noted below:

☑ No persons/entities served by personal delivery, overnight mail, facsimile transmission or email (excluding NEF transmission).

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert R. McDaniel, II                    Date:    October 12, 2016

Robert R. McDaniel, II
**ROBERT R. MCDANIEL, II, P.A.**
103 N. DeVilliers Street
Pensacola, Florida 32502
(850) 432-5111
Attorney for Debtor
Florida Bar Number: 0172707